**Exhibit A to the Complaint**

**Location:** Honolulu, HI  
**Total Works Infringed:** 50  
**IP Address:** 66.27.215.114  
**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 7DC314B0DD6AE33E792CDD84E3127110CB6ABB15<br>File Hash:<br>143A618195C5205D31D7394510EF00D3D6F9159C6BBD3C485E0EE586B12F4D27 | 05-02-2021<br>18:35:58 | Vixen | 04-16-2021 | 06-09-2021 | PA0002295602 |
| 2 | Info Hash: D1A20BB943E213244AEB42BC43F34BE72E46F6DB<br>File Hash:<br>DA8F290222976E6C2CED7C5FD6A0ACE756D4D2525F6D7C92A66C8EE2A284CA0E | 07-11-2021<br>15:53:04 | Vixen | 07-09-2021 | 08-20-2021 | PA0002312016 |
| 3 | Info Hash: F400A5B734C045B428F82BBFB138EAAF27C79336<br>File Hash:<br>82A58C4CC9242DA244D1847AED78CD55819C900E7ACA1228989542AA8F931D42 | 07-04-2021<br>06:19:21 | Vixen | 06-18-2021 | 08-20-2021 | PA0002312012 |
| 4 | Info Hash: 489B9BAB6C0056F6CA69D3419E97211A6214FB3A<br>File Hash:<br>D943838169F687983C51D99B78B93FB6D4D251BDE2517567121B281ED22D6A04 | 06-27-2021<br>18:50:46 | Vixen | 06-28-2017 | 07-07-2017 | PA0002070828 |
| 5 | Info Hash: 2CB43429526775645D5837FE2C63CFFB1B0D2802<br>File Hash:<br>EB2B5C92F269F5EA20F2A1DBD939200B14E14F55045A50A115DD1760BBCFDE20 | 06-27-2021<br>18:48:11 | Vixen | 10-31-2017 | 12-05-2017 | PA0002097990 |
| 6 | Info Hash: 60F18AC1EA37D85F5F3C247B27BB5AE3E9D8B864<br>File Hash:<br>EEA4DE3745C064D84C1EE9A20305439DFD94517DDAC0C5ED1C2A635809EDC6CA | 06-08-2021<br>12:25:49 | Vixen | 05-21-2021 | 06-03-2021 | PA0002299688 |
| 7 | Info Hash: 727178DEDE59549B0F3D19A6AE9F515971FBF3AC<br>File Hash:<br>9FDA321883F29EEEC3762C56924CB22E57A8F3DAD2A6A2539740A75970060C20 | 02-02-2021<br>04:24:18 | Vixen | 01-08-2021 | 02-02-2021 | PA0002280513 |
| 8 | Info Hash: B0E5916DDA0894DBA9F4D5DF96340FFF086ABF07<br>File Hash:<br>F6495E1085B69EAF1AB4D54066963D3B64639435D63BDAD59D02AD76F1AACBFF | 02-02-2021<br>03:34:29 | Vixen | 01-29-2021 | 02-26-2021 | PA0002283702 |
| 9 | Info Hash: 7EC5330CCA18C5B56457D6D7059A8169CA34F997<br>File Hash:<br>C3731A4BA075105CCB2199D5175463BD633F807DBA1084A4807E918A7F3F1CD2 | 01-23-2021<br>15:58:33 | Vixen | 12-04-2020 | 01-04-2021 | PA0002277036 |
| 10 | Info Hash: 114E6BA8D6B4AF1069E648F1949BDB465DFF7320<br>File Hash:<br>C955C718977BCB5250F5AA3C08DC0DDEDDB04650A0D9E2C796AECB178D4946F9 | 01-06-2021<br>13:33:10 | Vixen | 11-06-2020 | 12-09-2020 | PA0002274936 |
| 11 | Info Hash: 9293375EA494D31BB0AD30580C2C2AE871D34768<br>File Hash:<br>FB45EB0BB0DB1571251727E1ABFEF475272E066AEE4A94356BBB066AC0AFA962 | 12-25-2020<br>17:27:19 | Vixen | 12-11-2020 | 01-04-2021 | PA0002277039 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 97DBC412467273A5AABCF3D26E13F83FEEEDD9BD<br>File Hash: 29019A60FE2D2C71C049A0855D2ED41BFFFFE95470150CAF81DFB4D37857410E | 10-24-2020 03:47:41 | Vixen | 10-23-2020 | 11-18-2020 | PA0002272622 |
| 13 | Info Hash: 7BA08B86ABE669CD4B42FC7925A21AC4D714FD42<br>File Hash: 7194B11996C69952E49988C993A0C83B0512F42E2992D1EECF9BE2220DA20B67 | 10-10-2020 23:56:35 | Vixen | 10-09-2020 | 11-18-2020 | PA0002272626 |
| 14 | Info Hash: 1D946378C32710A9E9D8A25EA87493FDE0146508<br>File Hash: 0E0D12E5DC1AF250B4E5BEA2EAB4B20980D42D01276550884CE24AECC733C7E1 | 09-13-2020 16:20:04 | Vixen | 09-06-2019 | 09-13-2019 | PA0002200698 |
| 15 | Info Hash: E44D8F6581AC015BDED9C47724EB06676A663070<br>File Hash: CC0978F279C8D6A2A563E1EFEB8C7ED4CCEBBA76F897B07F983AEEC335097207 | 08-28-2020 21:48:44 | Vixen | 08-28-2020 | 09-22-2020 | PA0002265876 |
| 16 | Info Hash: CF200D8754F2C358A35BC087A3A9B21F3D7087C1<br>File Hash: 498BD96165111E7484DBA92321D6D173186C2C79354BCB6CB834BE0D70745559 | 07-29-2020 02:46:59 | Vixen | 07-24-2020 | 08-03-2020 | PA0002259166 |
| 17 | Info Hash: AFA50296ECAC1832A852B339BC6BF529E4DA693A<br>File Hash: 33B7ECDD0429547DA62F5138047273C6E8CB3D79BD4A902EF4B06867E9F6CDB4 | 07-21-2020 13:34:12 | Vixen | 01-19-2020 | 02-20-2020 | PA0002237691 |
| 18 | Info Hash: C203656C0D2C73A54BCABB644B2D7EF6AD9551D0<br>File Hash: B77D07613A425B5993A2D29AE13BC9F054DAD71299D8A311D6875EB8402F3A40 | 10-26-2019 20:09:59 | Vixen | 10-26-2019 | 11-05-2019 | PA0002227099 |
| 19 | Info Hash: 0C80A67047F01CC53D38E0C3E19EE88A30035E82<br>File Hash: 923E7460E752915977FD98711BC5A92C2A2B5A402EA36FDEE268B6AA9E35D480 | 10-22-2019 13:56:32 | Vixen | 10-21-2019 | 11-05-2019 | PA0002227093 |
| 20 | Info Hash: 295342E3BDE60A34C05FE4751AA3DA44678F6896<br>File Hash: 91BF4DDCD6907DA9DCB3A9A849A365AF5E562A854B92E74FBA9EF512759D84B0 | 09-21-2019 19:51:51 | Vixen | 09-21-2019 | 10-01-2019 | PA0002217349 |
| 21 | Info Hash: 4377D001F4E80BB56FC09EEC160D3E44683A7EAF<br>File Hash: DD98AF23D306256E0C8E4D4925F2A17C4E0FCBC11B5EAD6F2D4F1EC3754EE213 | 09-17-2019 03:04:43 | Vixen | 09-16-2019 | 10-01-2019 | PA0002217346 |
| 22 | Info Hash: EEB2D267037FDB2AF7853D3488200F45F4C17E30<br>File Hash: 78D26626D54734A746CC49EAC3F4F02920CEEDF4C89F1E881F7C74E3BC52D81D | 08-13-2019 12:59:11 | Vixen | 08-12-2019 | 08-22-2019 | PA0002195517 |
| 23 | Info Hash: DA2B01E9B71CDF13CF8442E993A3A22EC96B6326<br>File Hash: 729F402DA3A322A41FDAFC129556F5345D580D042C22F5047B669F5F17AF4448 | 08-08-2019 03:16:46 | Vixen | 08-07-2019 | 08-26-2019 | PA0002213240 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: E8B21BED5815CC2B67DB4DCDC0E15AC486059C1A<br>File Hash: F20E03FADF5E5B0236E4FEDFB1C8DABEF9B34C80CAF439CB26828A1B22717CBA | 07-29-2019 05:25:23 | Vixen | 07-28-2019 | 08-22-2019 | PA0002195513 |
| 25 | Info Hash: 8CD766FC9445F97FE9B2B3DCFD639782AB311416<br>File Hash: 9CD3C5614BE810307A24E185620338B4666B520E4E32E0EAFD675CE8085FE5E4 | 07-24-2019 03:44:14 | Vixen | 07-23-2019 | 08-27-2019 | PA0002213247 |
| 26 | Info Hash: 746F737DB1BB8F7EBEF9746889062CB29093F19A<br>File Hash: 285321C0D4BAF7D674CFA7F7CED1BD3C34F47359D1EFA61EA938B9125D91C11A | 07-13-2019 20:27:36 | Vixen | 07-13-2019 | 08-02-2019 | PA0002192302 |
| 27 | Info Hash: C542D326EE13C9860B8EE438E27E0EB12257FB94<br>File Hash: 842DD7F6893D36DBF41DE757F110D74DAE4F036240C7F9E6A3008868F09FC99B | 07-09-2019 04:32:01 | Vixen | 05-14-2019 | 07-05-2019 | PA0002206408 |
| 28 | Info Hash: 02E40A3054DCA164F8CA895233F826F4584394DF<br>File Hash: 25AEE58E6C6E439C90DC8710F4ACCCC5BCF866CC9AA73EE2781B4F9B5E16CAA9 | 07-05-2019 00:02:23 | Vixen | 06-03-2019 | 07-17-2019 | PA0002188305 |
| 29 | Info Hash: 4EB78F775A456970D60995742FEB1F23C91DFC74<br>File Hash: 7072F174CE51A10D6461E843BFBCC56EE0D4CED4CE91222412BA429798A6D0D0 | 06-08-2019 23:05:59 | Vixen | 06-08-2019 | 07-17-2019 | PA0002188311 |
| 30 | Info Hash: 1C8DF431BA4F95863FE4DE7C7530C9327392C74E<br>File Hash: 0C55914792BAB5ACCA0A7CFAFDFB574C675A48E90BDE485E562C1214863FC00D | 03-31-2019 08:36:36 | Vixen | 01-09-2018 | 01-15-2018 | PA0002070945 |
| 31 | Info Hash: BD854768B2F7F60A088E5A249207DEACEE5A7CD0<br>File Hash: 447C527955F6E538FE6D150312C4E4B5FF83E1EDF58AD42BE5A743D0481BAC0C | 03-22-2019 01:38:45 | Vixen | 02-13-2019 | 03-11-2019 | PA0002158413 |
| 32 | Info Hash: 73E574E4F56CCBD035DDBA1FCF86A994B22BDB6F<br>File Hash: 73D05FBDE255FC82E52AEAD342BFCEE21D15312C70D5BFAE282DE0E3B1309945 | 03-20-2019 03:06:57 | Tushy | 03-17-2019 | 04-08-2019 | PA0002164888 |
| 33 | Info Hash: 976324666E71A36AD5A57C4A0425611DE9DC22F9<br>File Hash: DA140D57E0BF2003E13499E9F4F2B4677CAA61568F933B95157A809F4546F2CB | 03-19-2019 03:30:23 | Vixen | 03-15-2019 | 04-08-2019 | PA0002164872 |
| 34 | Info Hash: 357368276B0AC817665C03F98D81B5A2B6E90183<br>File Hash: 1B1735890531DA5D4570687EBD606AC741314074A125779A4CF869B44168DD63 | 03-11-2019 02:51:03 | Vixen | 03-10-2019 | 04-29-2019 | PA0002170360 |
| 35 | Info Hash: 569EA4E37D734845F004640477EAC8E02A56BA2C<br>File Hash: 11F952BA008373A5BB6E5ED9B95EBD32F08EFCFF47225DA34A8128DF61DCD478 | 03-06-2019 05:12:12 | Vixen | 03-05-2019 | 03-31-2019 | PA0002163982 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: A8F45C10E6EB2E80DA815F5D83F423D9CCF885AC<br>File Hash:<br>7065F8A4A31E575DD63240B683BF3D1777AFE7B881F5FD81849D9BD1F9CE80DA | 02-25-2019 02:13:36 | Vixen | 02-23-2019 | 04-29-2019 | PA0002169931 |
| 37 | Info Hash: 2F83CE09B1F20BE375C20F1028CD3FBEF3813FDE<br>File Hash:<br>B0CF8CDC8AB738EDE332DBC1B97E7D7E6A7F0F85DE8FDA2BE1DA130155775A70 | 02-18-2019 22:44:46 | Vixen | 02-18-2019 | 03-11-2019 | PA0002158598 |
| 38 | Info Hash: 26027D4BBA9366856012B8C062375891C7926188<br>File Hash:<br>518F49722D012458CA767399DC4F77F113BD0897F82DBFAE6ECE845BCC7BD399 | 02-09-2019 03:21:07 | Vixen | 02-08-2019 | 03-24-2019 | PA0002183193 |
| 39 | Info Hash: DC5FCE2F7464759F1941809B15EC01B9C7FEE2CD<br>File Hash:<br>11231C53BA46C6E1322FCCEF31220A5CDE7B654003A7943F6C084589D3800925 | 02-04-2019 04:34:59 | Vixen | 02-03-2019 | 03-24-2019 | PA0002183213 |
| 40 | Info Hash: 56BF0671C368B87782691AB922B69AF7CF37FB90<br>File Hash:<br>13E72D5238F3DDCC10A5CDD7C75111454B81CF7F0D553172C185DF3F25617EE6 | 01-30-2019 15:18:04 | Vixen | 01-29-2019 | 03-24-2019 | PA0002182715 |
| 41 | Info Hash: FB7E3EA3B9E083499E761482A6C6D7DFDB749555<br>File Hash:<br>EE1EFABAC2DA07AF56C3C5710E9DE7C7EA142C3087F61B0A758DFD202F29E66D | 01-27-2019 16:48:52 | Vixen | 10-06-2018 | 11-01-2018 | PA0002141493 |
| 42 | Info Hash: DB96A7BA37F3DA55AE4BFC5882FD07052B7F3B8D<br>File Hash:<br>710C8FB107F44F7757676809D97309DB532671641136EE693F0F112CFDC87090 | 01-20-2019 03:10:37 | Vixen | 01-19-2019 | 02-22-2019 | PA0002155139 |
| 43 | Info Hash: 1D652D14E624CF4FE65234E00AB298914C6B5B1B<br>File Hash:<br>18CDA84EF37DE57838D54104CA2FE7097D1377666228E4D0B55F6AD2ED7F389A | 01-05-2019 00:58:32 | Vixen | 01-04-2019 | 01-22-2019 | PA0002147681 |
| 44 | Info Hash: 53DD9DA9E0B24B4961098D0683C348309445E260<br>File Hash:<br>3002D9E0CED03E51D4E8365767F09942B9625B1791D889AFE490113BAF34F82E | 12-26-2018 04:12:03 | Vixen | 12-25-2018 | 01-22-2019 | PA0002147901 |
| 45 | Info Hash: FFB59D7B851B2FAC080AAAD07215FDA138C5D5B9<br>File Hash:<br>4D2854BA411686AAE8016C70FC4069BB3DAFC98CE09D501E044B032EF5879205 | 12-26-2018 04:11:29 | Vixen | 08-07-2018 | 09-05-2018 | PA0002135684 |
| 46 | Info Hash: 54A74A22522FA8ABE25578762D012EB20B5961C3<br>File Hash:<br>3B1D58A6E49AE6623586BF19377C767D5CFCCA23AE1DE34A934721132E931B88 | 12-06-2018 02:32:33 | Vixen | 12-05-2018 | 12-18-2018 | PA0002141920 |
| 47 | Info Hash: 1809D57D2D5C8A110DB432826F6EF13CB753892E<br>File Hash:<br>DDBCC9A12A2BE891DA7F686DE3C3A52E09DB3528C1371FA89709F36254538027 | 11-23-2018 15:08:51 | Vixen | 11-20-2018 | 12-18-2018 | PA0002141925 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: CFEBC9AE50CD5776401B39FF5FF280EB18AED998<br>File Hash:<br>A6F2147B70C5DB2E630C7EE6A47C76FC79A6DF496B34AFE0664A92CC6EA61E12 | 11-21-2018 02:38:28 | Vixen | 05-14-2018 | 06-19-2018 | PA0002126499 |
| 49 | Info Hash: 771BFBA9DA574E9C91CE9B46506ED89362ED6DB7<br>File Hash:<br>BBB17C42124B75CCE7896EA9EEFA397A5BB4D84C47AFB69D4CD429CADAF09076 | 11-20-2018 23:18:54 | Vixen | 06-18-2018 | 07-14-2018 | PA0002128072 |
| 50 | Info Hash: ADA0E29CC500CD87DFDFB6F06A1519580019BDB3<br>File Hash:<br>099D2447C62EF5092111F87D5555FC87066A10CCEBB5C2AC852C24EDC1E9498D | 11-19-2018 16:15:39 | Vixen | 06-28-2018 | 07-26-2018 | PA0002112159 |